|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT |
|   | SOUTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| OPHELIA AUGUSTINE,<br><br>                                        Plaintiff,<br>v.<br><br>LENOVO (UNITED STATES), INC.,<br>                                        Defendant. | Case No.: 22-cv-2027-L-AHG<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>**[ECF No. 8]** |

     Pending before the Court is Defendant's motion to dismiss. (ECF No. 8.) Plaintiff timely filed an amended complaint. (ECF No. 9); *see* Fed. R. Civ. P. 15(a)(1)(B). Accordingly, Defendant's motion to dismiss is denied as moot. *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Defendant shall file a response to the amended complaint, if any, no later than the time provided for in Federal Rule of Civil Procedure 15(a)(3).

     **IT IS SO ORDERED.**

Dated: April 3, 2023

_____
Hon. M. James Lorenz
United States District Judge