Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 866-219-3343

Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 619-222-7429

Ben Travis (305641)
Ben@BenTravisLaw.com
**BEN TRAVIS LAW, APC**
4660 La Jolla Village Dr, Ste 100
San Diego, CA 92122
P: (619) 353-7966

*Attorneys for Plaintiff
and The Putative Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHELIA AUGUSTINE, individually and on behalf of others similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br><br>LENOVO (UNITED STATES) INC.,<br><br>                    Defendant. | Case No: 3:22-CV-02027-L-AHG<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE OF ENTIRE ACTION** |

1

Notice of Settlement

|   |   |
|---|---|
| 1 | TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR |
| 2 | COUNSEL OF RECORD: |

Please be advised that the parties have reached an agreement in principle to resolve all claims between Plaintiff (Ophelia Augustine) and Defendant (Lenovo (United States) Inc.), pending in this action. Counsel for the parties are in the process of drafting and finalizing a formal settlement agreement and related dismissal papers.

The parties request to be excused from all currently scheduled deadlines and appearances.

A Motion to Dismiss, or other document to that effect, will be filed within forty-five (45) days.

Plaintiff is filing this Notice with Defendant's approval and permission.

                                                       **SWIGART LAW GROUP, APC**

Date: February 21, 2024        By: *s/ Joshua B. Swigart*
                                                    Joshua B. Swigart, Esq.
                                                    josh@swigartlawgroup.com.com
                                                    Attorneys for Plaintiff

Notice of Settlement