1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

OPHELIA AUGUSTINE, individually and on behalf of others similarly situated

Plaintiff,

vs.

LENOVO (UNITED STATES) INC.

Defendants.

Case No.:  3:22-cv-02027-L-AHG

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**

**[ECF No. 39]**

Having considered Plaintiff Ophelia Augustine's ("Plaintiff" or "Augustine") and Defendant Lenovo (United States) Inc.'s ("Defendant" or "Lenovo") (collectively, the "Parties") Joint Stipulation for Dismissal of Entire Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing therefore;

**IT IS HEREBY ORDERED that:**

1. The Parties' Joint Stipulation for Dismissal of Entire Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A) is **GRANTED.**

2. Plaintiff's individual claims set forth in the above-captioned matter are **DISMISSED WITH PREJUDICE**;

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3. The putative class claims set forth in the above-captioned matter are **DISMISSED WITHOUT PREJUDICE**;

4. Each Party shall bear its own costs and expenses, including attorneys' fees, except as otherwise agreed to by the Parties.

**IT IS SO ORDERED.**

Dated:  April 17, 2024

_____
Hon. M. James Lorenz
United States District Judge

1
**[PROPOSED] ORDER**